## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CRIMINAL ACTION NO. 5:09-CR-00042-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| WILLIAM CORNELIUS GIBBS, JR., | |
| Defendant. | |

Pursuant to the First Step Act of 2018 and upon Motion of Defendant **WILLIAM CORNELIUS GIBBS, JR.** for an Amended Judgment and reduction in sentence, the Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities is reduced to an aggregate sentence of **TIME SERVED PLUS FIVE (5) DAYS.** The Government consents to a reduction in Defendant's sentence to time served. (Doc. No. 66).

The Court further **ORDERS** that the Defendant, upon release from imprisonment, shall be placed on supervised release for a term of 6 years on Count 1 and 3 years on Count 3, to be run concurrently, for a total term of supervised release of 6 years.

All other terms and conditions of Defendant's sentence remain in full force and effect.

**IT IS SO ORDERED.**

Signed: August 6, 2020

Kenneth D. Bell
United States District Judge